FILED
APR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE GUADALUPE REYNOSO-MARTINEZ,<br>Defendant. | Criminal Case No. 08CR1225-WQH<br>I N F O R M A T I O N<br>Title 8, U.S.C., Sec. 1324(a)(1)(A)(i) and (v)(II) - Bringing in Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about April 3, 2008, within the Southern District of California, defendant JOSE GUADALUPE REYNOSO-MARTINEZ, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Benito Salazar-De La Cruz, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: 4/17/08.

KAREN P. HEWITT
United States Attorney

for DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:San Diego
4/8/08